David HOUSER, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 702, 2015

Supreme Court of Delaware.

Submitted: April 1, 2016

Decided: April 12, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1307003281.

DISMISSED.

Brooks CORNISH, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 691, 2015

Supreme Court of Delaware.

Submitted: March 2, 2016

Decided: April 12, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0703024261.

AFFIRMED.

Earl T. GARRISON, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 607, 2015

Supreme Court of Delaware.

Submitted: February 19, 2016

Decided: April 12, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1301008270.

AFFIRMED.